```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  MEGHAN CLAIR
    Certified Student Attorney
 4  Designated Counsel for Service
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    LYNN CLEGHORN
 8

 9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,     )  No. 2:12-CR-00285-KJN
                                  )
13              Plaintiff,        )
                                  )  STIPULATION AND ORDER
14      v.                        )  TO SET A STATUS CONFERENCE
                                  )
15  LYNN CLEGHORN,                )
                                  )  Date:  November 14, 2012
16              Defendant.        )  Time:  9:30 a.m.
                                  )  Judge: Hon. Kendall J. Newman
17  _____ )

18
```

The United States Attorney through his respective counsel, JEFFREY A. SPIVAK, Special Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, Attorney for LYNN CLEGHORN, and Certified Student Attorney, MEGHAN J. CLAIR, hereby stipulate to vacate the Trial Confirmation Hearing set for October 24, 2012 and the Jury Trial set for November 14, 2012 and set a Status Conference hearing for November 14, 2012 at 9:30 a.m. before Magistrate Judge Kendall J. Newman.

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through November 14, 2012 for defense preparation and

investigation. Specifically, Defense Counsel needs additional time to obtain the medical records of the defendant. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Rule T4].

Dated: October 19, 2012           Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
TACHIENA J. MOOORE

/s/ Meghan J. Clair
MEGHAN J. CLAIR
Certified Student Attorney

Dated: October 19, 2012           BENJAMIN B. WAGNER
United States Attorney

/s/ Nicholas Fogg for
JEFFREY A. SPIVAK
Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED. Time is excluded under the Speedy Trial Act between today's date and November 14, 2012 pursuant to Local Code T4.

Dated: October 22, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                -2-