```
 1  JOSEPH SCHLESINGER, #87692
    Acting Federal Defender
 2  LINDA C. HARTER, #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    JAMES P. ROBERTS
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorneys for Defendant
 8  LYNN CLEGHORN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:12-CR-00285-KJN |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER TO VACATE |
| v. | ) THE STATUS HEARING AND SET FOR A |
|  | ) CHANGE OF PLEA |
| Lynn Cleghorn, | ) |
|  | ) |
| Defendant. | ) Date: February 13, 2013 |
|  | ) Time: 9:30 a.m. |
| _____ | ) Judge: Hon. Kendall J. Newman |

The United States Attorney through his respective counsel, NICHOLAS M. FOGG, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for LYNN CLEGHORN, and Certified Student Attorney, JAMES P. ROBERTS, hereby stipulate to vacate the status hearing set for January 30, 2013 at 9:30am and set for a change of plea on February 13, 2013 at 9:30 a.m. before Magistrate Judge Kendall J. Newman.

Time is to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(b)(iv) (Local Rule T4) as the ends of justice served by granting the continuance outweigh the best interests of the public and

the defendant in a speedy trial. Mr. Cleghorn is terminally ill, and defense counsel needs additional time to explain the terms of the plea agreement to him.

Accordingly, the parties jointly request that a change of plea hearing be scheduled for February 13, 2013 at 9:00am before Magistrate Judge Kendall J. Newman.

Dated: January 29, 2013     Respectfully submitted,

JOSEPH SCHLESINGER  
Acting Federal Defender

/s/ Linda C. Harter  
LINDA C. HARTER  
Assistant Federal Defender  
Attorney for Lynn Cleghorn

/s/ James P. Roberts  
JAMES P. ROBERTS  
Certified Student Attorney

Dated: January 29, 2013     BENJAMIN B. WAGNER  
United States Attorney

/s/ Nicholas M. Fogg  
NICHOLAS M. FOGG  
Special Assistant U.S. Attorney

O R D E R

**IT IS SO ORDERED.**

DATED: January 29, 2013

KENDALL J. NEWMAN  
UNITED STATES MAGISTRATE JUDGE